IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

NOV 0 1 2017

Clerk, U.S District Court
District Of Montana
Missoula

| CHRIS WALTERS, | CV 17–83–M–DLC–JCL |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| PRESIDENT DONALD TRUMP, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations in this case on August 23, 2017, recommending that Plaintiff Chris Walters' ("Walters") Complaint be dismissed for lack of subject matter jurisdiction. Walters failed to timely object to the Findings and Recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 19) are ADOPTED IN FULL. This matter is DISMISSED for lack of subject

matter jurisdiction.

IT IS FURTHER ORDERED that Walters' two pending motions for summary judgment be denied as MOOT.

DATED this 1st day of November, 2017.

_____
Dana L. Christensen, Chief Judge
United States District Court