UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRIS WALTERS,<br><br>               Plaintiff,<br><br>vs.<br><br>DONALD TRUMP,<br><br>               Defendant. | Case No. CV-17-83-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendations are ADOPTED IN FULL. This matter is DISMISSED for lack of subject matter jurisdiction.

    Dated this 2nd day of November, 2017.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ A. Puhrmann
                                      A. Puhrmann, Deputy Clerk